UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REATHIE MACK,

            Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 2722 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the scheduling order at ECF No. 5, the Commissioner's motion for judgment on the pleadings was due 60 days after Plaintiff's motion. Plaintiff filed her motion on December 28, 2020, and the Commissioner's motion was thus due February 26, 201. (ECF No. 18).

The Commissioner has not filed its motion and is now ORDERED to submit its motion by **March 8, 2021**.

Dated:     New York, New York
            March 2, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**