UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REATHIE MACK,

                Plaintiff,                20 **CIVIL** 2722 (RA)

      -against-                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2021, as no objections to Judge Cave's Report were filed, the Court reviews the Report for clear error. After careful consideration of the record, the Court finds no clear error and thus adopts the Report in its entirety. Accordingly, Plaintiff's motion is granted, in part, to the extent she seeks reversal of the ALJ Decision; and denied, in part, to the extent she solely seeks remand for a calculation of benefits. The Commissioner's motion is denied, and the case shall be remanded to the ALJ for further proceedings in accordance with the Report.

**Dated:** New York, New York
         August 17, 2021                          **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                   **BY:**
                                                        **Deputy Clerk**